UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BRIAN LOFTON,** § § § § § v. § **Civil Action No.** 1:25-cv-01842 § § § **UNITED STATES DEPARTMENT OF** § **JUSTICE; and** § § **PAM BONDI, in her official capacity as** § **Attorney General of the United States,** § § **Respondents.** | |

## PETITION FOR DECLARATORY JUDGMENT

### I. INTRODUCTION

1. COMES NOW, BRIAN LOFTON, petitioner, by and through his attorney, who bring this action pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, seeking a declaration that petitioner's obligation to register as a sex offender under the Sex Offender Registration and Notification Act (SORNA), codified at 34 U.S.C. § 20901 et seq., has expired.

2. Specifically, Petitioner seeks a judicial determination that, having satisfied all conditions under 34 U.S.C. § 20915(b), his federal duty to register terminated on March 16, 2024, ten years after his registration began.

### II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as this action arises under the laws of the United States, specifically the Sex Offender Registration and Notification Act, 34 U.S.C. §§ 20911–20915.

4. This Court is authorized to grant declaratory relief under 28 U.S.C. §§ 2201–2202.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e), as the Defendants are officers or agencies of the United States and a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

### III. PARTIES

6. Petitioner Brian Lofton is a resident of the State of Texas and has been subject to registration requirements under SORNA since March 16, 2014.

7. Respondent United States Department of Justice (DOJ) is the federal agency responsible for the enforcement and implementation of SORNA.

8. Respondent Pam Bondi, in her official capacity as Attorney General of the United States, is charged by law with the administration and enforcement of federal sex offender registration requirements.

### IV. FACTUAL BACKGROUND

9. Petitioner served in the United States Army and was charged under the Uniform Code of Military Justice with five offenses stemming from a single incident on or about December 1, 2012, at or near Stuttgart, Germany.

10. On January 13, 2013, Petitioner was acquitted of all charges except one count of kissing and touching the breast of the complainant by unlawful force, in violation of Article 120, UCMJ.

11. As a result of that conviction, Petitioner was sentenced to a reprimand, forfeiture of $1,500 pay per month for 12 months, and restriction to the limits of place of duty, domicile, place of worship, and USAG Stuttgart life support facilities for 60 days. (*See Exhibit A, Department of Defense Report of Result of Trial.*)

12. Petitioner's duty to register under SORNA began on or about March 16, 2014 and is scheduled to end on March 16, 2029, absent compliance with 34 U.S.C. § 20915(b). (*See Exhibit B, Notification of Registration Duties.*)

13. Based on the offense and the definitions found in 34 U.S.C. § 20911(1)–(4), Petitioner is properly classified as a Tier I offender.

14. Under 34 U.S.C. § 20915(a)(1), Tier I offenders are subject to a presumptive registration period of 15 years.

15. However, that period is reduced to 10 years under 34 U.S.C. § 20915(b), provided the offender maintains a "clean record" as defined in § 20915(b)(1).

16. Petitioner has maintained a clean record and met all criteria for early termination, including:

    a. He has not been convicted of any offense punishable by more than one year of imprisonment since his original conviction (*See Exhibit C, DPS Criminal History Report.*);

    b. He has not been convicted of any subsequent sex offense;

c. He successfully completed his term of restriction, with final forfeiture of pay occurring in February 2014;

d. He voluntarily completed a sex offender treatment program certified by the relevant jurisdiction. (*See Exhibit D, Counseling Completion Letter.*)

17. Petitioner has remained registered in the State of Texas and has fulfilled all reporting requirements for over eleven years.

18. Petitioner's initial 15-year registration period was scheduled to expire on March 16, 2029.

19. Having satisfied the statutory requirements for early termination under federal law, Petitioner's federal registration obligation terminated by operation of law on March 16, 2024.

## V. CAUSE OF ACTION

(Declaratory Judgment – 28 U.S.C. § 2201)

20. Petitioner realleges and incorporates paragraphs 1 through 19 as if fully set forth herein.

21. An actual controversy exists between Petitioner and Respondents regarding the continuing obligation to register under federal law.

22. Petitioner contends that his duty to register under federal law has expired pursuant to 34 U.S.C. § 20915(b), while Respondents or state authorities acting under the assumption of continuing federal obligation may assert otherwise.

23. A declaratory judgment is necessary to resolve this legal uncertainty and confirm Petitioner's rights under federal law.

24. Absent such a declaration, Petitioner faces ongoing legal and reputational consequences despite having fulfilled his statutory obligations.

## VI. PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court:

a. Issue a declaratory judgment under 28 U.S.C. § 2201 that Petitioner's federal sex offender registration requirement under 34 U.S.C. § 20915 expired on March 16, 2024;

b. Order that Petitioner is no longer subject to registration obligations under federal law pursuant to SORNA;

c. Award such other and further relief as the Court deems just and proper.

Respectfully Submitted,



Scott C. Smith
State Bar No. 18682700
910 West Ave. Suite 10
Austin, TX 78701
PH:   512-474-6484
FAX: 512-477-3227

## CERTIFICATE OF SERVICE

By the execution of my signature above I, Scott C. Smith, hereby certify that a true and correct copy of the above foregoing Petition for Declaratory Judgement has been served to Assistant U.S. Attorney, Landon A. Wade, via email on this 14th day of November 2025.